ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| JE Dunn Construction | ) ASBCA No. 63194 |
| | ) |
| Under Contract No.  W91237S-13-D-6001 | ) |
|   Task Order No. W91236-18-F- 0014 | ) |

APPEARANCES FOR THE APPELLANT:      Reginald M. Jones, Esq.
                                           Nicholas T. Solosky, Esq.
                                           Morgan M. Tapp, Esq.
                                            Fox Rothschild LLP
                                            Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                           Engineer Chief Trial Attorney
                                         John R. Lockard, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Norfolk

                                         Mark R. Higgins, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

      Consistent with the parties' March 20, 2023 request, the appeal is dismissed without prejudice.

      Dated:  March 21, 2023

                                           _____
                                         TIMOTHY P. MCILMAIL
                                         Administrative Judge
                                         Armed Services Board
                                         of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63194, Appeal of JE Dunn Construction, rendered in conformance with the Board's Charter.

Dated: March 22, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2